IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BRIDGEFORD | : | CIVIL ACTION |
| v. | : | |
| KEVIN KAUFFMAN, et al. | : | NO. 16-2072 |

**ORDER**

AND NOW, this _____ day of _March_____, 2017, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED**, without prejudice, and

3. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

_____
C. DARNELL JONES, II          J.

ENTERED
MAR 2 0 2017
CLERK OF COURT

FILED
MAR 20 2017
By KATE BARKMAN, Clerk
____ Dep. Clerk